NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THE NOCTURNAL GROUP, LLC, a )
Florida limited liability company, )
d/b/a FRANKLIN MANOR, and )
LANFRANCO PESCANTE, a natural )
person, )
)
        Appellants, )
)
v. )     Case No.   2D18-4601
)
915 FRANKLIN STREET PROJECT )
OWNER, LLC, a foreign limited )
liability company, )
)
        Appellee. )
_____ )

Opinion filed April 24, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Gregory P. Holder, Judge.

Eric S. Koenig and Marie Tomassi of
Trenam, Kemker, Scharf, Barkin, Frye,
O'Neill & Mullis, P.A., Tampa, for
Appellants.

Michael J. Labbee, Ethan J. Loeb,
and Jon P. Tasso, of Smokler,
Bartlett, Loeb, Hinds & Thompson,
P.A., Tampa, for Appellee.


PER CURIAM.

        Affirmed.

CASANUEVA, MORRIS, and SMITH, JJ., Concur.